FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 15 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JALEA RAZAVI,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE<br>SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | Case No. CV 11-6078 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: May 14, 2012

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE